UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael R. Damerville, Civ. File No. 01-1073 (PAM/JGL)

Petitioner,

v. **ORDER**

Rob Mundt, Warden,

Respondent.

---

This matter is before the Court on Petitioner's objections to United States Magistrate Judge Jonathan G. Lebedoff's Report and Recommendation dated June 21, 2001. Magistrate Judge Lebedoff recommended the denial of Petitioner's Application to Proceed In Forma Pauperis and dismissal of Petitioner's Petition for Habeas Corpus under 28 U.S.C. § 2241. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review and the Petitioner's arguments, the Court adopts the Report and Recommendation.

Petitioner seeks relief from what he contends is an unconstitutional sentence. As Judge Lebedoff explained, however, Petitioner cannot bring his challenge to his conviction and sentence in this Court. Because Petitioner was convicted and sentenced in the Western District of Wisconsin, any challenge he has to his conviction or sentence can only be brought in that District. DeSimone v. Lacy, 805 F.2d 321, 323 (8th Cir. 1986). Petitioner claims that in his case a motion to the sentencing court is inadequate or ineffective to test the legality of his detention, and thus, under 28 U.S.C. § 2255, he can bring such motion here under the auspices of § 2241. That claim is unavailing. As Judge Lebedoff correctly found,

FILED JUL 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

merely because the District Court and the Seventh Circuit have thus far denied Petitioner's previous § 2255 petitions does not mean that such petitions are inadequate or ineffective. (Report and Recommendation at 5, citing, inter alia, United States v. Lurie, 207 F.3d 1075, 1077 (8th Cir. 2000).) Petitioner must seek permission from the Seventh Circuit to pursue his claims in the Western District of Wisconsin. He cannot pursue those claims here.

Petitioner also moved for an extension of time in which to file his objections to the Report and Recommendation. Before the Court could rule on that Motion, however, Petitioner filed his objections. Thus, that Motion is moot.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for an Enlargement of Time (Clerk Doc. No. 6) is **DENIED AS MOOT**;
2. Magistrate Judge Lebedoff's Report and Recommendation (Clerk Doc. No. 5) is **ADOPTED**;
3. Petitioner's Application to Proceed In Forma Pauperis (Clerk Doc. No.3) is **DENIED**; and
4. Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Clerk Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

Dated: July 20, 2001

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500